# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:<br><br>THE WHEATLAND GROUP, LLC,<br><br>    Debtor. | Case No. 10-12856-RGM<br>(Chapter 11) |
| JOHN F. SAYERS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE WHEATLAND GROUP, LLC,<br><br>    Defendant. | Adv. Proc. No. 10-1147 |

### REQUEST FOR WITHDRAWAL OF REFERENCE

THIS CASE was removed from the Circuit Court for Loudoun County, Virginia, on May 10, 2010. It involves a question of a breach of contract for construction of a $3.1 million dollar home. The plaintiff who is the purchaser of the property requests a jury trial to which it appears he is entitled.

The witness lists and exhibits are to be filed on June 21, 2010. The case is ready for trial except for certain pre-trial motions. It appears better and more expeditious for those motions to be heard by the court that will hear the trial.

WHEREFORE, it is requested that the decree of reference be withdrawn so that the matter may be tried in the United States District Court with a jury.

1

DONE at Alexandria, Virginia, this 14th day of June, 2010.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Christopher L. Rogan
Ann E. Schmitt
Michael C. Whitticar

16078