# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | |
| THE WHEATLAND GROUP, LLC, | Case No.  10-12856-RGM |
| | (Chapter 11) |
| Debtor. | |
| JOHN F. SAYERS, | |
| Plaintiff, | |
| vs. | Adv. Proc. No. 10-1147 |
| THE WHEATLAND GROUP, LLC, | |
| Defendant. | |

## ORDER

THIS CASE was before the court on August 9, 2010, on John F. Sayers' motion to reconsider the final judgment order dated July 16, 2010 (Docket Entry 62) and his motion for a new trial and motion to reconsider (Docket Entry 61).  For the reasons stated on the record; the motions are denied.

DONE at Alexandria, Virginia, this 9th day of August, 2010.

/s/  Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

David Ludwig
Christopher L. Rogan

16200