# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In Re: ) | |
| ) | |
| THE WHEATLAND GROUP, LLC, ) | Case No. 10-12856-RGM |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |
| JOHN F. SAYRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 10-01147 |
| ) | |
| THE WHEATLAND GROUP, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER CONTINUING STATUS CONFERENCE, DIRECTING DEFENDANT TO PROVIDE CERTAIN ITEMS AND SETTING HEARING ON SUPERCEAS BOND

This matter came before the Court for a status conference on August 24, 2010, at which time counsel to John Sayres advised the Court of the status of the case and of Mr. Sayres' efforts to obtain financing for the purpose of complying with the Court's order of July 16, 2010, and, upon consideration of the representations and argument of counsel to Mr. Sayres and the Debtor, it is hereby

ORDERED that the status conference be and hereby is continued to September 8, 2010, at 2:00 pm, at which time the parties shall advise the Court of the status of the various matters pending in this Adversary Proceeding, including, specifically, the status of Mr. Sayres financing of his acquisition of the property at issue, and the status of the Debtor's completion of the items required to be completed by said order; and it is further

1

ORDERED that Mr. Sayers shall, by Friday August 27, 2010, provide to the Debtor's counsel a letter or other written confirmation from the bank or other financial institution to which Mr. Sayres has made application for financing that such financing has been applied for; and it is further

ORDERED that Mr. Sayres shall provide a copy of the appraisal performed at his or his finance company's requests promptly upon issuance of the appraisal report; and it is further

ORDERED that a hearing shall be held on September 8, 2010, at 2:00 p.m concerning (1) the appropriate amount of a supersedeas bond to be posted by Mr. Sayres should he seek a stay pending the disposition of the appeal noted by him on August 23, 2010, and (2) whether a stay pending appeal be granted to the extent requested by Mr. Sayres prior to September 8th hearing.

Dated: _____, 2010

_____
Robert G. Mayer
United States Bankruptcy Judge

Requested by:

/s/ Christopher L. Rogan
Christopher L. Rogan, Esquire (VSB #30344)
*RoganLawFirm, PLLC*
30-D Catoctin Circle, SE
Leesburg, Virginia  20175
(703) 771-9191/Telephone
(703) 771-9797/Facsimile
Counsel to Debtor


Seen::

/s/ Michael Whitticar
_____
Michael Whitticar, Esq.
Counsel to John Sayres

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C) on August 26, 2010.

                /s/ Christopher L. Rogan
                Christopher L. Rogan

//mnt/orders/Attachments/doctopdf/alldocs/10-01147~8262010861151.doc